# United States Navy-Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Michael A. SALZARULO**
Aviation Boatswain's Mate (Aircraft Handling) Airman (E-3),
U.S. Navy
Appellant

**No. 201800256**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 4 April 2019.

Military Judges:
Commander Jonathan T. Stephens, JAGC, USN (arraignment);
Commander Aaron C. Rugh, JAGC, USN (trial).

Sentence adjudged 24 April 2018 by a general court-martial convened at Naval Base San Diego, California consisting of a military judge sitting alone. Sentence approved by convening authority: fine of $5,000.00, confinement for 48 months,[1] and a bad-conduct discharge.

For Appellant:
_Lieutenant Commander Derek C. Hampton, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] The Convening Authority suspended confinement in excess of 12 months pursuant to a pretrial agreement.

Before FULTON, HITESMAN, and GEISS,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court